■ HAUN WELDING SUPPLY, INC., Respondent-Appellant, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant-Respondent. (Appeal No. 2.) [636 NYS2d 686] —Appeal and cross appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also,* CPLR 5501 [a] [1]). (Appeals from Judgment of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Lawton, J. P., Wesley, Balio, Davis and Boehm, JJ.